UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JESSENIA ACOSTA,                                :
                                                :
           Plaintiff,                      :
                                                :     **ORDER**
v.                                              :
                                                :     21 CV 1981 (VB)
ROCKLAND N.Y. MEDICAL SERVICES,                 :
P.C.,                                           :
           Defendant.                      :
--------------------------------------------------------------x

      On March 8, 2021, plaintiff commenced the instant action against defendant Rockland N.Y. Medical Services, P.C.  (Doc. #1).

      On April 12, 2021, plaintiff docketed a proof of service indicating service on defendant on March 24, 2021.  (Doc. #5).  Accordingly, defendant had until April 14, 2021, to respond to the complaint.  See Fed. R. Civ. P. 12(a)(1)(A)(i).

      To date, defendant has not answered, moved, or otherwise responded to the complaint.

      Accordingly, provided that defendant remains in default, plaintiff is ORDERED to seek a certificate of default as to defendant by **April 28, 2021**, and thereafter to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against defendant by **May 12, 2021**.  **If plaintiffs fail to satisfy either deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders.  Fed. R. Civ. P. 41(b).**

Dated: April 21, 2021
      White Plains, NY

                                        SO ORDERED:

                                        _____
                                        Vincent L. Briccetti
                                        United States District Judge